BEFORE JUDGE DONLON, APRIL 3, 1969

**No. R69/12.**—Chadwick-Miller Importers, Inc., et al. *v.* United States, reappraisements R62/8851, etc. (Los Angeles).

In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those involved in *United States* v. *Chadwick-Miller Importers, Inc., et al.* (54 CCPA 93, C.A.D. 914), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the sundry and novelty items here involved and that such values are the invoice unit ex-factory prices, net packed.

BEFORE JUDGE WATSON, APRIL 10, 1969

**No. R69/13.**—Mantell Export Co. *v.* United States, reappraisements R64/14785, etc. (New York).

In accordance with stipulation of counsel that the issues and merchandise involved herein are the same in all material respects as those in *Mantell Export Company* v. *United States* (58 Cust. Ct. 662, R.D. 11290), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, was the proper basis for the determination of the value of the second-quality wooden coat hangers and that such value was $95.50 per 1,000, less the pro rata share of the items of ocean freight and marine insurance premium as invoiced.

**No. R69/14.**—Mantell Export Co. *v.* United States, reappraisements R65/13735 and R66/6258 (New York).

In accordance with stipulation of counsel that the issues and merchandise involved herein are the same in all material respects as those in *Mantell Export Company* v. *United States* (58 Cust. Ct. 662, R.D. 11290), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, was the proper basis for the determination of the value of the second-quality wooden coat hangers and that such value in each case was $99 per 1,000, less the pro rata share of the items of ocean freight and marine insurance premium as invoiced.